[No. 6436-7-II. Division Two. January 31, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
E. COLLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 81-1-00185-1, John H. Kirkwood, J.,
entered July 2, 1982. *Affirmed* by unpublished opinion per

Worswick, C.J., concurred in by Petrich and Alexander, JJ.